UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM BEAVERS, § | |
| ID # 1201-11, § | |
| Plaintiff, § | |
| vs. § | No. 3:13-CV-1395-B |
| § | |
| JOHNNY BROWN, Sheriff, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court will formally dismiss Plaintiff's claims against Sheriff Johnny Brown, Judge Bob Carol, and Lieutenant Brandon Loper with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

SIGNED this 2nd day of November, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE